UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.   **ED CV 12-01767-MWF (SPx)**          Date:  **November 20, 2012**

Title:     Aurora Loan Services LLC, et al. -v- Doris L. Choate, et al.

---

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Rita Sanchez                                            None Present
    Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION TO STATE COURT

      On October 29, 2012, the Court issued an Order to Show Cause Re: Remand to State Court.  (Docket No. 5).  Defendant Doris L. Choate's Notice of Removal (Docket No. 1) had not adequately alleged subject matter jurisdiction.  (*See* Docket No. 5).  In addition, Choate had not paid the necessary filing fee.  (*See id.*)

      The Court ordered Choate to file a written response by no later than November 12, 2012, and warned that "[f]ailure of Ms. Choate to respond by the above date will result in the Court's remanding this action to California Superior Court."  (*Id.*)

      Choate to date has not filed a written response or otherwise responded to the Court's Order to Show Cause.  Nor has Choate paid the necessary filing fee.

      Accordingly, this action is REMANDED to California Superior Court.

      IT IS SO ORDERED.

---